UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :

LIN KWOK KEUNG,                               :

                        Plaintiff,              :
                                                      :        25-CV-1135 (JMF)
            -v-                                :
                                                      :               ORDER

MANHATTAN CABINETS INC. et al.,        :

                        Defendants.          :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 14, 2025, Defendants were served with the Complaint, and proof of service was filed with the Court.  *See* ECF Nos. 10, 11.  To date, Defendants have failed to appear in this action.  No later than **May 14, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if they have any other reason to believe that Defendants have actual notice of this lawsuit.

       Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

       SO ORDERED.

Dated: May 7, 2025
       New York, New York

                                                                      JESSE M. FURMAN
                                                                United States District Judge