# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

May 20, 2025

**VIA CM/ECF**
Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1105
New York, NY 10007

                Re:    Keung v. Manhattan Cabinets Inc., et al.
                       Case 1:25-cv-01135-JMF

Dear Judge Furman:

    The undersigned represents the Plaintiff in the above-captioned matter.

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for May 28, 2025, at 9:00 a.m., in your Honor's Courtroom. However, Defendants' counsel will be writing the Court seeking an extension to file Defendants' response to the Complaint. He also wants to discuss settlement with Plaintiff's counsel.

    In order to allow the parties adequate time to engage in settlement discussions, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/  B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

Application GRANTED.  The initial pretrial conference currently scheduled for May 28, 2025, is hereby ADJOURNED to **July 2, 2025** at **9:00 a.m.**  The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

*[signature]*

May 20, 2025