UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,                                    CASE NO: 1:25-cv-01135-JMF

    Plaintiff,

vs.

MANHATTAN CABINETS INC, a New York corporation, d/b/a MANHATTAN CABINETS, and CARLTON APARTMENTS, LLC, a New York limited liability company,

    Defendants.
_____/

## NOTICE TO STRIKE D.E. 18

Plaintiff, LIN KWOK KEUNG, by and through his undersigned counsel, B. Bradley Weitz, Esq., hereby files this Notice to Strike [D.E. 18], due to error in filing the wrong case on ECF.

Dated: This 21st day of May, 2025.

Respectfully submitted,

                                     By: /S/ B. Bradley Weitz          .
                                          B. Bradley Weitz, Esq.
                                          THE WEITZ LAW FIRM, P.A.
                                          Attorney for Plaintiff
                                          Bank of America Building
                                          18305 Biscayne Blvd., Suite 214
                                          Aventura, Florida 33160
                                          Telephone: (305) 949-7777
                                          Facsimile: (305) 704-3877
                                          Email: bbw@weitzfirm.com

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 18 and strike the filing from the docket.

SO ORDERED.

*[signature]*

May 22, 2025